# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATRINA DOUGLAS,<br><br>    Plaintiff,<br><br>v.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:07-cv-6773<br><br>Judge: Bucklo<br>Magistrate Judge: Valdez<br><br><br>**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** |

Now comes the Plaintiff, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(2), and respectfully requests the Court to dismiss the above-captioned action with prejudice.

On February 28, 2008, Defendant took Plaintiff's deposition. During Plaintiff's deposition, facts previously unknown to both Defendant and Plaintiff surfaced that undermine the allegations Plaintiff alleged in her Complaint. Plaintiff attempted to obtain Defendant's consent to the dismissal of this action but Defendant refused. Based on those facts, Plaintiff now moves the Court to dismiss the above-captioned action with prejudice.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:    /s/ Richard J. Meier
    Richard J. Meier
    Attorney for Plaintiff
    20 West Kinzie; Suite 1300
    Chicago, IL 60610
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 29, 2008 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Richard J. Meier*