**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATRINA DOUGLAS, | Case No.:  1:07-cv-6773 |
| Plaintiff, | Judge: Bucklo |
| | Magistrate Judge: Valdez |
| v. | |
| CERTEGY PAYMENT RECOVERY SERVICES, INC., | **NOTICE OF MOTION** |
| Defendant. | |

**To:    CERTEGY PAYMENT RECOVERY SERVICES, INC.**

PLEASE TAKE NOTICE that on March 5, 2008 at the hour of 9:30 a.m., or as soon

thereafter as counsel may be heard, I shall appear before Judge Bucklo or any judge sitting in her

stead at the United States Courthouse; 219 South Dearborn Street; Chicago, Illinois 60604, and

then and there present **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**, a copy

of which has been served upon you.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:___*/s/ Richard J. Meier*__
     Richard J. Meier
     Attorney for Plaintiff
     Legal Helpers, P.C.
     20 West Kinzie; Suite 1300
     Chicago, IL 60611
     Telephone: 1.866.339.1156
     rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Richard J. Meier*