UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Katrina Douglas
                              Plaintiff,
v.                                              Case No.: 1:07−cv−06773
                                                Honorable Elaine E. Bucklo
Certegy Payment Recovery Services, Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion to dismiss [10] is granted. Accordingly, this action is dismissed with prejudice. Status hearing set for 3/5/08 is now vacated. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.