IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATRINA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6773 |
| v. | ) | |
| | ) | Judge Bucklo |
| CERTEGY PAYMENT RECOVERY | ) | Magistrate Judge Valdez |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE
## TO WITHDRAW MOTION FOR SANCTIONS

NOW COMES Defendant Certegy Payment Recovery Services, Inc. ("Defendant"), by and through its undersigned counsel, and requests leave to withdraw its Motion for Sanctions with prejudice, each party to bear its own costs and attorneys fees.

WHEREFORE, Defendant Certegy Payment Recovery Services, Inc. requests this Court enter an order granting Defendant leave to withdraw its Motion for Sanctions with prejudice and with each party to bear its own costs and attorneys fees and for any other relief this Court deems just.

Dated: May 19, 2008

Respectfully Submitted,

CERTEGY PAYMENT RECOVERY
SERVICES, INC.

By:   /s/ David L. Hartsell
      One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100

2

Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW MOTION FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeffrey S. Hyslip
> Richard Meier
> Attorney for Plaintiff
> 20 W. Kinzie Street
> Suite 1300
> Chicago, IL 60610
> (866) 339-1156
> jsh@legalhelpers.com
> rjm@legalhelpers.com

/s/ David L. Hartsell

\6256122.1