IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATRINA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6773 |
| v. | ) | |
| | ) | Judge Bucklo |
| CERTEGY PAYMENT RECOVERY | ) | Magistrate Judge Valdez |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  See Attached

PLEASE TAKE NOTICE that on **Thursday, May 22, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine Bucklo or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1203, and then and there present the attached **DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW MOTION FOR SANCTIONS,** a copy of which is served upon you.

Dated: May 19, 2008

Respectfully Submitted,

CERTEGY PAYMENT RECOVERY
SERVICES, INC.


By:   /s/ David L. Hartsell
    One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Jeffrey S. Hyslip
>Richard J. Meier
>Attorneys for Plaintiff
>20 W. Kinzie Street
>Suite 1300
>Chicago, IL 60610
>(866) 339-1156
>jsh@legalhelpers.com
>rjm@legalhelpers.com

>/s/ David L. Hartsell

\6269911.1